# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-0212 LJO |
| Plaintiff, | **ORDER TO SEAL** |
| vs. | |
| JAVIER LOPEZ-ESTRADA, | |
| Defendant. | |

This Court DIRECTS the clerk to file under seal the 28 U.S.C. § 2255 papers filed on September 26, 2012.

IT IS SO ORDERED.

**Dated: September 28, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1